July 2, 1982.

435 A.2d 1304

Commonwealth v. Barringer, Appellant.

Submitted September 13, 1979. John S. Di Giorgio, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence of the lower court is affirmed.